IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AARON WALTON,<br>on behalf of Plaintiff and the class members described below,<br><br>   Plaintiff,<br><br>vs.<br><br>UPROVA CREDIT LLC;<br>UPROVA HOLDINGS LLC;<br>UPPER LAKE PROCESSING SERVICES, INC.;<br>POMO ONE MARKETING INC.;<br>HABEMCO LLC;<br>GENEL ILYASOVA;<br>MICHAEL SCOTT HAMMER;<br>DENISE DEHAEMERS;<br>SARAH MARIE HIMMLER;<br>DAVID STOVER;<br>and JOHN DOES 1-20,<br><br>   Defendants. | 1:23-cv-00520-SEB-TAB<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Tim A. Baker |

## ADDITIONAL AUTHORITY IN SUPPORT OF PLAINTIFF AARON WALTON'S MOTION FOR (A) RECONSIDERATION OF THE COURT'S ORDER OF MARCH 21, 2024 OR (B) CERTIFICATION FOR APPEAL UNDER 28 U.S.C. §1292(b).

Plaintiff respectfully submits, in further support of his Motion for (A) Reconsideration of the Court's Order of March 21, 2024 or (B) Certification for Appeal under 28 U.S.C. §1292(b), the decision of the Northern District of Illinois in *Harris v. W6LS, Inc.*, 23cv16429, decided May 22, 2024, attached. It discusses at length whether *Viking River Cruises, Inc. v. Moriana*, 596 U.S. 639, 653 n. 5 (2022), reh'g denied, 143 S.Ct. 60 (2022), applies to the waiver of statutory rights under state statutes.

Respectfully submitted,

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Heather A. Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

      Daniel A. Edelman certifies that on May 22, 2024, this document was filed via ECF, causing a copy to be served on all counsel of record.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

T:\39078\Pleading\Plaintiff's notice of additional authority 5-22-24_Pleading.WPD