**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| AARON WALTON,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>Plaintiff,<br><br>vs.<br><br>UPROVA CREDIT LLC;<br>UPROVA HOLDINGS LLC;<br>UPPER LAKE PROCESSING SERVICES, INC.;<br>POMO ONE MARKETING INC.;<br>HABEMCO LLC;<br>GENEL ILYASOVA;<br>MICHAEL SCOTT HAMMER;<br>DENISE DEHAEMERS;<br>SARAH MARIE HIMMLER;<br>DAVID STOVER;<br>and JOHN DOES 1-20,<br><br>Defendants. | ) | 1:23-cv-00520-SEB-TAB<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Tim A. Baker |

**<u>NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES</u>**

Plaintiff Aaron Walton ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file a stipulation or notice of dismissal within the next sixty days. Plaintiff respectfully requests that all deadlines be stayed while the parties negotiate a written settlement agreement.

Respectfully submitted,

*/s/Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1824

(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Heather Kolbus, hereby certify that on June 28, 2024, I caused a true and correct copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent via email to all counsel of record.

*/s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)