**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| AARON WALTON,<br>on behalf of Plaintiff and the class members<br>described below,<br><br>Plaintiff,<br><br>vs.<br><br>UPROVA CREDIT LLC;<br>UPROVA HOLDINGS LLC;<br>UPPER LAKE PROCESSING SERVICES, INC.;<br>POMO ONE MARKETING INC.;<br>HABEMCO LLC;<br>GENEL ILYASOVA;<br>MICHAEL SCOTT HAMMER;<br>DENISE DEHAEMERS;<br>SARAH MARIE HIMMLER;<br>DAVID STOVER;<br>and JOHN DOES 1-20,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:23-cv-00520-SEB-TAB<br><br>Judge Sarah Evans Barker<br>Magistrate Judge Tim A. Baker |

**<u>SPITULATION TO DISMISS</u>**

Plaintiff Aaron Walton ("Plaintiff") and Defendants Uprova Credit LLC, Uprova Holdings LLC, Upper Lake Processing Services, Inc., Pomo One Marketing Inc., Habemco LLC, Genel Ilyasova, Michael Scott Hammer, Denise Dehaemers, Sarah Marie Himmler, and David Stover (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff dismisses his class claims against Defendants without prejudice and without costs. Plaintiff dismisses his claims against John Does 1-20 without prejudice and without costs.

Respectfully submitted,

*s/ Heather Kolbus*
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

*s/ Paul Croker (w/ consent)*
Paul Croker (Admitted *pro hac vice)*
ARMSTRONG TEASDALE
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Phone: 816-221-3420; Fax: 816-221-0786
pcroker@atllp.com

Offer Korin [Atty No. 14014-49]
Brooke Smith [Atty No. 32427-03]
STOLL KEENON OGDEN PLLC
334 N. Senate Avenue
Indianapolis, IN 46204
Office (317) 464-1100; Fax (317) 464-1111
offer.korin@skofirm.com
brooke.smith@skofirm.com

**CERTIFICATE OF SERVICE**

I, Heather Kolbus, hereby certify that on August 20, 2024, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF online system, which sent notice via email to all counsel of record.

*/s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200